IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

THE UNITED STATES OF AMERICA

vs.  CASE NO. 3:97CR0058-01 (HL)

KENNETH RODRIGUEZ
* * * * * * * * * * * * * * * * * * * * * * * * *

## INFORMATIVE MOTION

**TO THE HONORABLE HECTOR M. LAFFITTE**
**U.S. DISTRICT JUDGE**
**DISTRICT OF PUERTO RICO**

**COMES NOW,** José A. Figueroa, U.S. Probation Officer of this Honorable Court, and respectfully informing that on March 12, 2005, Mr. Rodriguez died from a severe-cranial trauma which he sustained as a result of gunshot wounds. The offender was serving a supervised release term of four (4) years at the time of his death.

**WHEREFORE**, I declare under the penalty of perjury that the foregoing is true and correct. The undersigned respectfully is notifying that this is case is being closed.

In San Juan, Puerto Rico, this 13th day of May 2005.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER

s/José A. Figueroa
José A. Figueroa
U.S. Probation Officer
Federal Office Building, Office 400
San Juan, PR 00918
Phone No. 787-766-6153
Fax No.   787-771-5945
Jose_a_figueroa@prp.uscourts.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sends notification of such filing to the following: José Ruíz-Santiago, Assistant U.S. Attorney and Jorge Díaz-Reverón, Esq.

In San Juan, Puerto Rico, this 13th day of May 2005.

                                            s/José A. Figueroa
                                            José A. Figueroa
                                            U.S. Probation Officer
                                            Federal Office Building, Office 400
                                            San Juan, PR 00918
                                            Phone No. 787-766-6153
                                            Fax No.   787-771-5945
                                            Jose_a_figueroa@prp.uscourts.gov

Case 3:97-cr-00058-HL   Document 34   Filed 05/13/2005   Page 3 of 3